Not for Publication

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **AMERICINN INTERNATIONAL, LLC,** | |
| Plaintiff, | Civil Action No.: 21-20068 (ES)(AME) |
| v. | **ORDER** |
| **PRAKASH PATEL,** *et al.*, | |
| Defendants. | |

**SALAS, DISTRICT JUDGE**

Before the Court is Plaintiff AmericInn International, LLC's motion for default judgment against defendants Prakash Patel and Hansa Patel (collectively, "Defendants") (D.E. No. 8), and the Court having considered Plaintiff's submissions and having decided this matter without oral argument, *see* Fed. R. Civ. P. 78(b) & L. Civ. R. 78.1(b), and for the reasons stated in the Court's accompanying Opinion,

IT IS on this 23 day of November 2022,

**ORDERED** that the motion for default judgment (D.E. No. 8) is **GRANTED**; and it is further

**ORDERED** that Plaintiff shall separately move for a determination of the amount of liquidated damages it is entitled to within 30 days of this Order.

_____
Hon. Esther Salas, U.S.D.J.